**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CASEY D. JONES, RACHEL RAWLS, and AUSTIN YARBROUGH, | § § § | |
| *Plaintiffs,* | § § | CASE NO. 2:13-cv-00949 |
| v. | § § | |
| SV EXPRESS LLC and DENNIS S. HARRISON, | § | |
| *Defendants.* | | |

## ORDER OF DISMISSAL

On this day came on to be considered Plaintiffs' Motion to Dismiss With Prejudice for dismissal of Plaintiffs' causes of action with prejudice as against the Defendants. The Court, after considering said Motion (Dkt. No. 47), is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the causes of action of the Plaintiffs as against the Defendants are hereby dismissed with prejudice to the rights of the Plaintiffs to re-institute or litigate any claims, demands, or causes of action asserted, or which could have been asserted herein against Defendants. IT IS FURTHER ORDERED, ADJUDGED and DECREED that each party will pay their own court costs.

All relief not expressly granted herein is denied.

**So ORDERED and SIGNED this 5th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE